■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KHALIYQ SELLERS, Appellant, v TIM SHEEHAN, as Superintendent of Washington Correctional Facility, Respondent. [18 NYS3d 889]— Appeal from a judgment of the Supreme Court (McKeighan, J.), entered September 24, 2014 in Washington County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur. Ordered that the judgment is affirmed, without costs.